Charles William EDMISTON, Appellant, v. UNITED STATES of America, Appellee.

No. 13133.

United States Court of Appeals Fifth Circuit.

June 7, 1950.

Charles Wm. Edmiston, in pro. per.

William Cantrell, Jr., Asst. U. S. Atty., Dallas, Tex., for appellee.

Before HOLMES, WALLER, and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Billy Joe ELLIS, Appellant, v. UNITED STATES of America, Appellee.

No. 13060.

United States Court of Appeals Fifth Circuit.

June 5, 1950.

T. Haller Jackson, Jr., Shreveport, La., for appellant.

Malcolm E. Lafargue, U. S. Atty., Wm. J. Fleniken, Asst. U. S. Atty., Shreveport, La., for appellee.

Before HOLMES, WALLER, and BORAH, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Ernest W. HOWELL, Petitioner, v. Herbert H. HANN, Warden, Nebraska State Prison.

No. 14153.

United States Court of Appeals Eighth Circuit.

May 6, 1950.

Ernest W. Howell, pro se.

PER CURIAM.

Petition for Issuance of Certificate of Probable Cause, etc., denied.

ILLINOIS-CALIFORNIA EXPRESS, Inc., v. ZIA ELECTRIC DISTRIBUTING COMPANY.

No. 4047.

United States Court of Appeals Tenth Circuit.

June 9, 1950.

Truman A. Stockton, Jr., and John H Lewis, Denver, Colo., for appellant.

Gilbert & Gilbert, Santa Fe, N. M., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed June 1, 1950, for failure to prosecute.